1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Osama Abuazulof, | ) No. CV-06-287-PHX-DGC (VAM) |
| Petitioner, | ) **ORDER** |
| v. | ) |
| Philip Crawford, | ) |
| Respondent. | ) |

Pending before the Court are Petitioner Osama Abuazulof's petition for writ of habeas corpus and United States Magistrate Judge Virginia A. Mathis' Report and Recommendation ("R&R"). Docs. ##1, 13. The R&R recommends that the Court deny the petition as moot because petitioner was removed by air to his native land of Palestine on April 4, 2006. Doc. #13 at 2. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 2.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny as moot the

Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1.      Magistrate Judge Virginia A. Mathis' R&R (Doc. #13) is **accepted**.

2.      Petitioner Osama Abuazulof's petition for writ of habeas corpus (Doc. #1) is **denied as moot**.

3.      The Clerk of Court shall **terminate** this action.

DATED this 8th day of August, 2006.

_____
David G. Campbell
United States District Judge